## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBBIE PITTMAN, on behalf of herself :     Case no. 1:25-cv-9683
and all others similarly situated, :

                 :

            Plaintiffs, :

         :     **NOTICE OF VOLUNTARY**
         v.        **DISMISSAL WITH**
             **PREJUDICE**

Raycon, Inc., :

           Defendant. :

                 :

                 :

                 :

                 :

- ---------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: December 30, 2025

EQUAL ACCESS LAW GROUP, PLLC

*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: 844-731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law